# United States Court of Appeals
## For the First Circuit

No. 19-1818

STATE OF RHODE ISLAND,

Plaintiff - Appellee,

v.

SHELL OIL PRODUCTS COMPANY, LLC; CHEVRON CORP.; CHEVRON USA, INC.; EXXONMOBIL CORP.; BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; SHELL PLC, f/k/a Royal Dutch Shell PLC; MOTIVA ENTERPRISES, LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORP.; MARATHON PETROLEUM COMPANY, LP; SPEEDWAY, LLC; HESS CORP.; LUKOIL PAN AMERICAS LLC; DOES 1-100,

Defendants - Appellants,

GETTY PETROLEUM MARKETING, INC.,

Defendant.

**MANDATE**

Entered: July 15, 2022

  In accordance with the judgment of May 23, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Christopher Edward Appel, Timothy K. Baldwin, Steven Mark Bauer, Nicole J. Benjamin, Megan H. Berge, Theodore J. Boutrous Jr., Jeffrey S. Brenner, Daniel R. Brody, Shannon S. Broome, John E. Bulman, Michael J. Colucci, Matthew Kendall Edling, Nathan P. Eimer, Thomas Molnar

Fisher, Robert G. Flanders Jr., David Charles Frederick, Philip S Goldberg, Adi Goldstein, Benjamin Gould, Pamela R. Hanebutt, Matthew Hardin, Matthew T. Heartney, Alison B. Hoffman, Peter Huffman, Thomas G. Hungar, Jaren Janghorbani, Jacob Scott Janoe, Raphael Janove, William M. Jay, Jameson R. Jones, Peter D. Keisler, Andrew Kim, Grace W. Knofczynski, Steven Paul Lehotsky, Joshua Seth Lipshutz, Tobias S. Loss-Eaton, Patrick C. Lynch, Stephen John MacGillivray, Robin-Lee Main, Neal S. Manne, William Thomas Marks, Lisa S. Meyer, Nancy Gordon Milburn, Ann Marie Mortimer, Scott Lawrence Nelson, Matthew Thomas Oliverio, Patrick Parenteau, Robert S. Peck, Gerald J. Petros, Jeffrey B. Pine, Jason Christopher Preciphs, Stephen M. Prignano, Shawn Patrick Regan, Tracie Jo Renfroe, Robert P. Reznick, Patricia K. Rocha, William A. Rossbach, Seth Schofield, Kannon K. Shanmugam Victor Marc Sher, Kaighn Smith Jr., Gerson H. Smoger, James L. Stengel, John A. Tarantino, Anthony Tarricone, Oliver Peter Thoma, Daniel J. Toal, William M. Tong, Margaret Tough, Ryan J. Walsh, Theodore V. Wells Jr., Corrie J. Yackulic